UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRANDIE HENSLEY, <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON, INC., *et al.*, <br><br> *Defendants*. | Civil Action No. 24-02636 (AHA) |

## Order

    Plaintiff Brandie Hensley filed this suit against Defendant Amazon, Inc., and its subsidiary alleging that she was subject to unlawful discrimination and termination of her employment at Amazon based on her sexual orientation. ECF No. 1. Defendants moved to dismiss, arguing, among other things, that this Court lacked personal jurisdiction and that venue was improper because the relevant events occurred in Virginia—not Washington, D.C. ECF No. 9-1. The parties have since agreed that the Eastern District of Virginia, Alexandria Division, is the proper venue and have moved to transfer the case there. ECF No. 12.

    Upon review, the Court agrees that transfer is in the interest of justice. Accordingly, the parties' consent motion, ECF No. 12, is granted to the extent it requests that the case be transferred. In all other respects, the motion is denied without prejudice as moot. Defendants' motion to dismiss, ECF No. 9, is also denied without prejudice in light of the transfer.

2

The Clerk of Court is directed to transfer this case to the Eastern District of Virginia, Alexandria Division, and close this case after transfer.

**SO ORDERED.**

_____
AMIR H. ALI
United States District Judge

Date:   February 6, 2025